**GMAC FINANCIAL SERVICES**
Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Deposit Advice

| CO# | DATE | ADVICE NUMBER |
|---|---|---|
| 821 | 3/05/2010 | 12257 |

| DEPOSITED TO | TRANSIT # | ACCOUNT NUMBER | AMOUNT DEPOSITED |
|---|---|---|---|
| DIR DEP CHECK | 212-02719 | **********9968 | 1,632.39 |

ZZZZZ 821020

LEONARD BACKERMAN
190-06C 69TH AVE.
APT. 3A
FRESH MEADOWS, NY 11365

Non-Negotiable

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Employee #: 10026796
Co# 821

Check #: 12257
Pay Period: 2/15/2010 - 2/28/2010
Pay Date: 3/05/2010

| Tax Status: | Marital | Exemp Dep | Additional |
|---|---|---|---|
| Federal: | M | 02 | $20.00 |
| State: | NY M | 02 | |

Employee Name: LEONARD BACKERMAN

| Earnings | Rate | Hours | YTD Hours | Current | YTD |
|---|---|---|---|---|---|
| RT-REGULAR | | 80.00 | 360.00 | 3,183.07 | 14,323.80 |
| RT-PTO | | | 16.00 | | 636.62 |
| RT-HOLIDAY | | | 24.00 | | 954.93 |
| SUP-IMP SP LIFE | | | | 2.00 | 10.00 |
| SUP-BONUS AIP | | | | | 3,500.00 |
| SUP-IMP EE LIFE | | | | 35.19 | 175.95 |

| Hours-Gross Pay | | 80.00 | 400.00 | 3,220.26 | 19,601.30 |

| Direct Deposit | Account | Type | Amount |
|---|---|---|---|
| 021202719 | ***9968 | CHK | 1,632.39 |

| Taxes | Current | YTD |
|---|---|---|
| FICA | 187.74 | 1,155.72 |
| FICA MED | 43.91 | 270.29 |
| FED INCOME | 302.40 | 2,350.25 |
| STATE DISAB | 1.20 | 6.00 |
| SIT NY-M02 | 151.88 | 1,009.34 |
| NEW YORK | 97.62 | 618.30 |
| Total | 784.75 | 5,409.90 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401K | 222.81 | 1,359.05 |
| MEDICAL CONTR | 176.68 | 883.40 |
| DEN CONTRIB | 11.46 | 57.30 |
| VIS CONTRIB | 3.99 | 19.95 |
| Total | 414.94 | 2,319.70 |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| 401K LOAN #1 | 349.02 | 1,745.10 |
| BNS ELG MINUS | | 3,500.00- |
| BNS ELG PLUS | | 3,500.00 |
| SPOUSE LIFE | 1.97 | 9.85 |
| Total | 350.99 | 1,754.95 |

| Net Pay | 1,632.39 | 9,930.80 |

| W-2 Summary | Current | YTD |
|---|---|---|
| Taxable Wages | 2,805.32 | 17,281.60 |

accenture
BPO Services
Solutions for the
Middle Market

## GMAC FINANCIAL SERVICES

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

**Deposit Advice**

| CO# | DATE | ADVICE NUMBER |
|---|---|---|
| 821 | 3/19/2010 | 12506 |

| DEPOSITED TO | TRANSIT # | ACCOUNT NUMBER | AMOUNT DEPOSITED |
|---|---|---|---|
| DIR DEP CHECK | 212-02719 | **********9968 | 1,632.39 |

```
            ZZZZZ   821020
LEONARD BACKERMAN
190-06C 69TH AVE.
APT. 3A
FRESH MEADOWS, NY   11365
```

### Non-Negotiable

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Employee #: 10026796
Co# 821

Check #: 12506
Pay Period: 3/01/2010 - 3/14/2010
Pay Date: 3/19/2010

| Tax Status: | Marital | Exemp Dep | Additional |
|---|---|---|---|
| Federal: | M | 02 | $20.00 |
| State: | NY M | 02 | |

Employee Name: LEONARD BACKERMAN

| Earnings | Rate | Hours | YTD Hours | Current | YTD |
|---|---|---|---|---|---|
| RT-REGULAR | | 80.00 | 440.00 | 3,183.07 | 17,506.87 |
| RT-PTO | | | 16.00 | | 636.62 |
| RT-HOLIDAY | | | 24.00 | | 954.93 |
| SUP-IMP SP LIFE | | | | 2.00 | 12.00 |
| SUP-BONUS AIP | | | | | 3,500.00 |
| SUP-IMP EE LIFE | | | | 35.19 | 211.14 |

| | | Hours | | | |
|---|---|---|---|---|---|
| Hours-Gross Pay | | 80.00 | 480.00 | 3,220.26 | 22,821.56 |

| Direct Deposit | Account | Type | Amount |
|---|---|---|---|
| 021202719 | ***9968 | CHK | 1,632.39 |

| Taxes | Current | YTD |
|---|---|---|
| FICA | 187.74 | 1,343.46 |
| FICA MED | 43.91 | 314.20 |
| FED INCOME | 302.40 | 2,652.65 |
| STATE DISAB | 1.20 | 7.20 |
| SIT NY-M02 | 151.88 | 1,161.22 |
| NEW YORK | 97.62 | 715.92 |
| Total | 784.75 | 6,194.65 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401K | 222.81 | 1,581.86 |
| MEDICAL CONTR | 176.68 | 1,060.08 |
| DEN CONTRIB | 11.46 | 68.76 |
| VIS CONTRIB | 3.99 | 23.94 |
| Total | 414.94 | 2,734.64 |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| 401K LOAN #1 | 349.02 | 2,094.12 |
| BNS ELG MINUS | | 3,500.00- |
| BNS ELG PLUS | | 3,500.00 |
| SPOUSE LIFE | 1.97 | 11.82 |
| Total | 350.99 | 2,105.94 |

| | Current | YTD |
|---|---|---|
| Net Pay | 1,632.39 | 11,563.19 |
| W-2 Summary | Current | YTD |
| Taxable Wages | 2,805.32 | 20,086.92 |

accenture
BPO Services
Solutions for the Middle Market

# GMAC FINANCIAL SERVICES

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

**Deposit Advice**

| CO# | DATE | ADVICE NUMBER |
|---|---|---|
| 821 | 2/05/2010 | 11756 |

| DEPOSITED TO | TRANSIT # | ACCOUNT NUMBER | AMOUNT DEPOSITED |
|---|---|---|---|
| DIR DEP CHECK | 212-02719 | *** ******9968 | 1,632.40 |

ZZZZZ   821020

LEONARD ACKERMAN
190-06C 69TH AVE.
APT. 3A
FRESH MEADOWS, NY 11365

**Non-Negotiable**

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Employee #: 10026796
CO# 821

Check #: 11756
Pay Period: 1/2010 - 1/31/2010
Pay Date: 2/2010

Tax Status:  Marital  Exemp Dep  Additional
Federal:              02         $20.00
State:       NY       02

Employee Name: LEONARD ACKERMAN

| Earnings | Rate | Hours | YTD Hours | Current | YTD |
|---|---|---|---|---|---|
| RT-REGULAR | 80.00 | 200.00 | | 3,103.07 | 7,957.66 |
| RT-REGULAR | 0.00- | | | 318.31- | |
| RT-PTO | | | 16.00 | | 636.62 |
| RT-HOLIDAY | 8.00 | | 24.00 | 310.31 | 954.93 |
| SUP-IMP SP LIFE | | | | 2.00 | 6.00 |
| SUP-IMP BE LIVE | | | | 35.19 | 105.57 |

| Hours-Gross Pay | 80.00 | 240.00 | 3,220.26 | 9,660.78 |
|---|---|---|---|---|

| Direct Deposit | Account | Type | Amount |
|---|---|---|---|
| 021302719 | ***9950 | CHK | 1,632.40 |

| Taxes | Current | YTD |
|---|---|---|
| FICA | 187.74 | 563.23 |
| FICA MD | 43.90 | 131.72 |
| FED INCOME | 302.40 | 907.20 |
| STAT DISAB | 1.20 | 3.60 |
| SIT N-M02 | 151.88 | 455.64 |
| NYC RX | 97.62 | 292.86 |
| Tot: | 784.74 | 2,354.25 |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| 401K | 222.81 | 668.43 |
| MED L CONTR | 176.68 | 530.04 |
| DEN CNTRIB | 11.46 | 34.38 |
| VIS CNTRIB | 3.99 | 11.97 |
| Tot: | 414.94 | 1,244.82 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| 401K LOAN #1 | 349.02 | 1,047.06 |
| SPOU B LIFE | 1.97 | 5.91 |
| Tot: | 350.99 | 1,052.97 |

| Net Pay | 1,632.40 | 4,897.17 |
|---|---|---|

| W-2 Summary | Current | YTD |
|---|---|---|
| Taxable Wages | 2,805.32 | 8,415.96 |

accenture
BPO Services
Solutions for the
Middle Market

# GMAC
# FINANCIAL
# SERVICES

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

**Deposit Advice**

| CO# | DATE | ADVICE NUMBER |
|---|---|---|
| 821 | 1/22/2010 | 11505 |

DEPOSITED TO
DIR DEP CHECK

TRANSIT #
212-02719

ACCOUNT NUMBER
**-* ******9968

AMOUNT DEPOSITED
1,632.38

ZZZZZ    821020

LEONARD ACKERMAN
190-06C 69TH AVE.
APT. 3A
FRESH MEADOWS, NY 11365

**Non-Negotiable**

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Employee #: 10026796
Co# 821

Check #: 11505
Pay Period: 1/1/2010 - 1/17/2010
Pay Date: 1/22/2010

Tax Status: Marit:
Federal:
State: NY

Exemp Dep: 02
Additional: $20.00
02

Employee Name: LEONARD ACKERMAN

| Earnings | Rate | Hours | YTD Hours | Current | YTD |
|---|---|---|---|---|---|
| RT-REGULAR | 80.00 | 120.00 | | 3,183.07 | 5,092.90 |
| RT-REGULAR | 0.00- | | | 310.31- | |
| RT-PTO | 0.00 | 16.00 | | 318.31 | 636.62 |
| RT-HOLIDAY | | 16.00 | | | 636.62 |
| SUP-IMP SP LIFE | | | | 2.00 | 4.00 |
| SUP-IMP EE LIFE | | | | 35.19 | 70.38 |

| Taxes | Current | YTD |
|---|---|---|
| FICA SS | 197.75 | 375.49 |
| FICA MED | 43.91 | 87.82 |
| FED INCOME | 302.40 | 604.80 |
| STATE DISAB | 1.20 | 2.40 |
| SIT NY-M02 | 151.88 | 303.76 |
| NEW YORK | 97.62 | 195.24 |

Tot: 784.76    1,569.51

| Hours-Gross Pay | 80.00 | 160.00 | 3,220.26 | 6,440.52 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401K | 222.81 | 445.62 |
| MED CAL CONTR | 176.68 | 353.36 |
| DEN CONTRIB | 11.46 | 22.92 |
| VIS CONTRIB | 3.99 | 7.98 |

Tot: 414.94    829.88

| Direct Deposit | Account | Type | Amount |
|---|---|---|---|
| 021202719 | ***960 | CHK | 1,632.38 |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| 401 LOAN #1 | 348.02 | 698.04 |
| STD EE LIFE | 1.97 | 3.94 |

Tot: 350.99    701.98

Net Pay: 1,632.38    3,264.77

| Summary | Current | YTD |
|---|---|---|
| Taxable Wages | 2,805.32 | 5,610.64 |

## accenture
BPO Services
Solutions for the
Middle Market

# GMAC FINANCIAL SERVICES

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

**Deposit Advice**

CO: 
8:1.

DATE
2/19/2010

ADVICE NUMBER
12007

| DEPOSITED TO | TRANSIT # | ACCOUNT NUMBER | AMOUNT DEPOSITED |
|---|---|---|---|
| DIR DEP CHECK | 212-02719 | ******\*\*\*\*9968 | 3,401.24 |

ZZ.ZZ  821020

LEONARD BACKERMAN
190-06C 69TH AVE.
APT. 3A
FRESH MEADOWS, NY  11365

## Non-Negotiable

Commercial Finance LLC
3000 Town Center STE 280
Southfield, MI 48075

Employee #: 10026796
Co# 821

Check #: 12007
Pay Period: 2/01/2010 – 2/14/2010
Pay Date: 2/19/2010

Tax Status: Marital Exemp ep  Additional
Federal:   N   02         $20.00
State:     NY M  02

Employee Name: LEONARD BACKERMA

| Earnings | Rate | Hours | YTD Hours | Current | YTD |
|---|---|---|---|---|---|
| RT-REGULAR | 80.00 | 280.00 | | 3,183.07 | 11,140.73 |
| RT-PTO | | 16.00 | | | 636.62 |
| RT-HOLIDAY | | 24.00 | | | 954.93 |
| SUP-IMP SP LIFE | | | | 2.00 | 8.00 |
| SUP-BONUS AIP | | | | 3,500.00 | 3,500.00 |
| SUP-IMP EE LIFE | | | | 35.19 | 140.76 |

| Taxes | Current | YTD |
|---|---|---|
| FICA | 404.7 | 967.98 |
| FICA MED | 94.6 | 226.38 |
| FED INCOME | 1,140.6 | 2,047.85 |
| STATE DISAB | 1.2 | 4.80 |
| SIT NY-M02 | 401.6 | 857.16 |
| NEW YORK | 227.6 | 520.68 |
| **Total** | **2,270.9** | **4,625.15** |

| Hours-Gross Pay | 80.00 | 320.00 | 6,720.26 | 16,381.04 |
|---|---|---|---|---|

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401K | 467.8 | 1,136.24 |
| MEDICAL CONTRI | 176.6 | 706.72 |
| DEN CONTRIB | 11.4 | 45.84 |
| VIS CONTRIB | 3.9 | 15.96 |
| **Total** | **659.9** | **1,904.76** |

| Direct Deposit | Account | Type | Amount |
|---|---|---|---|
| 121202719 | ****9968 | CHK | 3,401.24 |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| 401K LOAN #1 | 349.0 | 1,396.08 |
| ONS STG MINOR | 3,500.00 | 3,500.00- |
| ENB ELG PLUS | 3,500.0 | 3,500.00 |
| SPOUSE LIFE | 1.9 | 7.88 |
| **Total** | **350.9** | **1,403.96** |

Net Pay: 3,401.2    8,298.41

| W-2 Summary | Current | YTD |
|---|---|---|
| Taxable Wages | 6,060.3 | 14,476.28 |

accenture
IFO Services
Solutions for the
Middle Market